IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLISSE TALLEY, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| | : No. 15-4615 |
| CAROLYN COLVIN, | : |
| *Acting Commissioner of Social Security,* | : |
| Defendant. | : |

## ORDER

AND NOW, this 29th day of July, 2016, upon consideration of Plaintiff's Request for Review (Doc. No. 8), Defendant's Response thereto (Doc. No. 9), Plaintiff's Reply (Doc. No. 10), and after careful review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (Doc. No. 13), and the Court observing that no objections have been filed to the Report and Recommendation, it is hereby **ORDERED** that:

- The Report and Recommendation is **APPROVED and ADOPTED**.

- Plaintiff's Request for Review is **GRANTED IN PART** insofar as she seeks remand of this matter for further consideration of (1) her GAF scores; and (2) the possible effect of her asthma and/or obesity upon her ability to work.

- This matter is **REMANDED** to the Commissioner pursuant to the "fourth sentence" of 42 U.S.C. 405(g), and in accordance with the Report and Recommendation.

- The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.